UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HENRY PLATSKY,

                               **Plaintiff,**                      20-CV-0573 (JPO)(SN)

       -against-                                    **ORDER**

FEDERAL BUREAU OF INVESTIGATION,

                              **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff brings this *pro se* action asserting claims against the Federal Bureau of Investigation (F. B. I.) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq*. On July 30, 2020, the Hon. J. Paul Oetken referred the case to me for general pretrial supervision. Accordingly, it is ORDERED that no later than three weeks from the date of this Order, the parties shall submit a joint letter— not to exceed two pages— indicating whether there is any need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      August 6, 2020
                   New York, New York