```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
HENRY PLATSKY,                                            :
                                                          :
                        Plaintiff,                        :
                                                          :       20-CV-573 (JPC)
        -v-                                               :
                                                          :       NOTICE OF
FEDERAL BUREAU OF INVESTIGATION,                          :       REASSIGNMENT
                                                          :
                        Defendant.                        :
                                                          :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. **All parties must familiarize themselves with the Court's Individual Rules, including the Individual Rules and Practices for *Pro Se* Litigants, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.** Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court, but any conference or oral argument before the Magistrate Judge will proceed as ordered.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 14, 2020
       New York, New York
                                                          _____
                                                          JOHN P. CRONAN
                                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020