USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HENRY PLATSKY,

                Plaintiff,

-against-

FEDERAL BUREAU OF INVESTIGATION,
                Defendant.
-------------------------------------------------------------X

20 **CIVIL** 573 (JPC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 2, 2021, the FBI's motion for summary judgment is granted and Platsky's motion for summary judgment is denied. Judgment is entered for the FBI; accordingly, the case is closed.

**Dated:** New York, New York
         July 2, 2021

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**

           **BY:**

                                    **Deputy Clerk**